```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: VANESSA SPEARS                       )
                                            )
Select Portfolio Servicing, Inc./U.S.       )
Bank National Association, as indenture     )
trustee, on behalf of the holders of the    )
Home Equity Mortgage Trust 2006-2,          )
Asset-Backed Notes, Series 2006-2,          )
            Creditor,                       )
                                            )
     vs.                                    ) CASE NO. 09B25040
                                            ) JUDGE Eugene R. Wedoff
VANESSA SPEARS,                             )
            Debtor                          )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Select Portfolio Servicing, Inc./U.S. Bank National Association, as indenture trustee, on behalf of the holders of the Home Equity Mortgage Trust 2006-2, Asset-Backed Notes, Series 2006-2, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the January 2010 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of November 29, 2010:

    a. Attorney's Fees   $  250.00
    b. Payments          $5,929.56
    Total                $6,179.56

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Select Portfolio Servicing, Inc./U.S. Bank National Association, as indenture trustee, on behalf of the holders of the Home Equity Mortgage Trust 2006-2, Asset-Backed Notes, Series 2006-2 rights to collect these amounts will be unaffected.

                                    Respectfully Submitted,

                                    Select Portfolio Servicing,
                                    Inc./U.S. Bank National
                                    Association, as indenture trustee,
                                    on behalf of the holders of the

        Home Equity Mortgage Trust 2006-2,
        Asset-Backed Notes, Series 2006-2


        <u>/s/Christopher M. Brown </u>
        Christopher M. Brown
        ARDC#6271138


        Pierce and Associates, P.C.
        1 North Dearborn
        Suite 1300
        Chicago, Illinois 60602
        (312)346-9088